No. 695. ALBERT OTTINGER, AS ATTORNEY GENERAL OF THE STATE OF NEW YORK *v.* BRONX GAS AND ELECTRIC COMPANY. Appeal from the District Court of the United States for the Southern District of New York. October 18, 1926. Docketed and dismissed with costs. on motion of *Mr. William L. Ransom* for appellee. No appearance for appellant.

---

No. 77. S. NOSE *v.* U. S. WEBB, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, ET AL. October 21, 1926. Dismissed pursuant to nineteenth rule. *Mr. Lewis E. Whitehead* for plaintiff in error. *Messrs. Tracy C. Becker,* \U. *S. Webb,* and *Frank English* for defendant in error.

---

No. 130. LESLIE A. GILMORE *v.* STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. October 29, 1926. Dismissed with costs on authority of *Mr. A. M. Fitzgerald* for plaintiff in error. *Mr. Oscar E. Carlstrom* for defendant in error.